AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RADER, RAndall R. | U.S. Court of Appeals for the Federal Circuit | April 18, 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Circuit Judge Active | __ Nomination Date _____ <br> __ Initial  X  Annual ___ Final | 01/01/04 <br> 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place, NW <br> Suite 913 <br> Washington, D.C. 20439 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Board Member | Federal Judges' Association |
| Board Member | Bd. of Advisors, George Washington University |
| 2 | |
| Board Member | IP Executive Committee, Federalist Society |
| 3 Adjunct Professor | The George Washington University Law School |
| Board Member | Intellectual Prop. Advisory Bd. DePaul University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 Spring Semester | Lecturer, The George Washington University Law School | $ 11,400 |
| 2 Fall Semester | Lecturer, The George Washington University Law School | $ 11,545 |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 2004 | Fairfax County Adult Education | |
| 2 | | |

RECEIVED 2005 MAY -9 P 2:0 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Randall R. Rader | April 18, 2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | All money amounts refer to transportation, food and lodging. |
| Price Waterhouse Coopers | Phoenix, Arizona, Feb 18-21; $1573.30 |
| George Washington University | Bombay/Delhi, India; Feb 23-March 2; $4,235 |
| San Diego Federal Bar Assoc. | San Diego, California; March 16-17; $1452.40 |
| Duke University | Raleigh/Durham, North Carolina; March 25-26; $492.70 |
| University of Illinois | Champaign, Illinois; April 7-8; $657.95 |
| Fordham University | New York, NY; April 15-16; $412.95 |
| George Washington University | Berlin, Germany; May 6-19; $1,865.72 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income) | | | | | | | | | |
| 1 Treasury Department Federal Credit Union | C | INT | J | T | | | | | |
| 2 Rental Property, Portland Oregon (2004 – $170,000) | D | Rent | M | R | | | | | |
| 3 (X) | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | F=$15,001-$50,000 |
|---|---|---|---|---|---|
| | E=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.) Part IV continued

George Washington University     San Jose, Costa Rica; May 28–June 3; $1074

Federal Bar Association     Colorado Springs, Colorado; June 23–28; $2,890.55

Washington State University     Seattle, Washington; July 15–17; $699.50

J. Reuben Clark Law Society
of Australia     Brisbane, Australia; October 23–31; $4,731.89

University of Tokyo     Tokyo, Japan; November 20–28; $9,298.41

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further cer ▮▮▮▮▮▮ from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance ▮▮▮▮▮▮ seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signa ▮▮▮▮▮▮     Date   April 18, 2005

NOT ▮ INDIVIDUAL ▮ NGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544